UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: STERLING G. COLEMAN, JR.
        (P43321)

Misc. Case No.: 03-X-73706

    Petitioner.
_____/

## ORDER GRANTING PETITION FOR REINSTATEMENT

The State of Michigan Attorney Discipline Board suspended Petitioner Sterling G. Coleman, Jr. from the practice of law in the Michigan State Courts for a period of sixty days effective October 20, 2002. On September 26, 2003, this Court suspended Petitioner's license to practice law in the United States District Court for the Eastern District of Michigan and the United States Bankruptcy Courts of the Eastern District of Michigan.

On December 5, 2003, Petitioner was automatically reinstated to the practice of law in the State courts in Michigan.

On July 19, 2006, Petitioner filed a petition in this Court seeking to be reinstated to the practice of law before the Federal Courts in the Eastern District of Michigan. A hearing on this petition was held on October 3, 2006 before the Honorable Patrick J. Duggan, the Honorable Paul D. Borman, and the Honorable Victoria A. Roberts.

Based on the information presented to the panel at the hearing, the panel is satisfied that the Petition for Reinstatement should be granted upon compliance with the following condition:

Petitioner shall attend the New Lawyers Seminar sponsored by the Federal Bar

Association and shall provide the Court with evidence of his attendance.

**SO ORDERED.**

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

s/PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

s/VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE

Date: October 10, 2006

Copies to:
Hon. Bernard A. Friedman, Chief Judge
Sterling G. Coleman, Jr.,
Stephen Murphy, III, U.S. Attorney
Emily A. Downey, Assoc. Counsel, Attorney Grievance Commission
Andrea Teets, Deputy Clerk
David J. Weaver, Court Administrator